MARIAN M. McABOW, IN HER OWN RIGHT, AND AS ADMIN-
ISTRATRIX OF THE ESTATE OF P. W. McADOW, DECEASED,
APPELLANT, v. T. F. WILLIAMS, *Appellee.*

Division B.

Decision Filed June 12, 1926.

An Appeal from the Circuit Court for Charlotte County;
George W. Whitehurst, Judge.

*Mabry, Reaves & Carlton* and *Charles A. Waltmire,* for
Appellant;

*W. D. Bell,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the order herein overruling demurrer to the Bill of Com-
plaint, and briefs and arguments of counsel for the re-
spective parties, and the record having been seen and in-
spected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said order overruling demurrer to the
Bill of Complaint; it is, therefore, considered, ordered and
adjudged by the Court that the said order of the Circuit
Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.